## STANDARD DRUG CO., INC., *v.* GENERAL ELECTRIC CO.

No. 127. Decided October 9, 1961.

*LeRoy R. Cohen, Jr.* and *Robert A. Cox, Jr.* for appellant.

*Walter E. Rogers* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## CRUZ *v.* COLORADO.

No. 66, Misc. Decided October 9, 1961.

Petitioner *pro se.*

*Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. Upon consideration of the entire record and the confession of error of the Attorney General of Colorado, the judgment is reversed and the case is remanded.